UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Graciela Cisneros, | Court File No. 20-CV-01957 (PJS/BRT) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER REGARDING TIMING OF CITY DEFENDANTS' ANSWER, MOTION, OR OTHER RESPONSE TO THE COMPLAINT** |
| City of Minneapolis, a municipal entity; Officer Doe #1, in their *individual* capacity; Officer Doe #2, in their *individual* capacity; and Officer Doe #3, in their *individual* capacity, | |
| Defendants. | |

---

In accordance with the Stipulation entered into by Plaintiff Graciela Cisneros and Defendant City of Minneapolis, by and through their respective counsel, on December 17, 2020, (ECF Docket No. 17),

IT IS HEREBY ORDERED:

The City of Minneapolis shall file its answer, motion to dismiss, or other response to the complaint on or before March 1, 2021.

Dated: _____        _____
                                             The Honorable Becky R. Thorson
                                             U.S. Magistrate Judge