UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Graciela Cisneros,                                    Court File No. 20-CV-01957 (PJS/BRT)

        Plaintiff,

    v.                                              **STIPULATION OF**
                                                        **DISMISSAL**

City of Minneapolis, a municipal
entity; Officer Doe #1, in their
*individual* capacity; Officer Doe #2, in
their *individual* capacity; and Officer
Doe #3, in their *individual* capacity,

        Defendants.

_____

      The parties, by and through their undersigned counsel, stipulate that the

Court may dismiss all claims and parties with prejudice and without costs to any

party.

1

Dated: March 2, 2021

*/s/Nico Ratkowski*
NICO RATKOWSKI (#0400413)
ANU JASWAL (#0401299)
Contreras & Metelska, P.A.
200 University Avenue W., Ste 200
Saint Paul, MN  55103
P: (651) 771-0019
nico@contrerasmetelska.com
anu@contrerasmetelska.com

*Attorneys for Plaintiff*

Dated: March 2, 2021

JAMES R. ROWADER, JR.
City Attorney
By

*/s/Heather P. Robertson*
HEATHER P. ROBERTSON (#0390470)
KRISTIN R. SARFF (#0388003)
SHARDA ENSLIN (#0389370)
Assistant City Attorneys
Room 210, City Hall
350 South Fifth Street
Minneapolis, MN  55415
((612) 673-3949
(612) 673-3919
(612) 673-2180
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*