UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Graciela Cisneros, | Court File No. 20-CV-01957 (PJS/BRT) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Minneapolis, a municipal entity; Officer Doe #1, in their *individual* capacity; Officer Doe #2, in their *individual* capacity; and Officer Doe #3, in their *individual* capacity, | |
| Defendants. | |

_____

Pursuant to the stipulation of the parties (Doc. 20), all claims are hereby dismissed with prejudice and without costs to either party.

Dated: _____

_____
The Honorable Patrick J. Schiltz
United States District Judge
District of Minnesota