UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GRACIELA CISNEROS, | Case No. 20-CV-1957 (PJS/BRT) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CITY OF MINNEAPOLIS, et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on March 2, 2021 [ECF No. 20],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 2, 2021

                                                                                    s/Patrick J. Schiltz
                                                                                    Patrick J. Schiltz
                                                                                    United States District Judge